UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM E. BROWN,<br><br>       Plaintiff,<br><br>    v.<br><br>C. E. DUCART, et al.,<br><br>       Defendants. | Case No. 16-cv-00603-HSG (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT; DENYING RENEWED REQUEST FOR APPOINTMENT OF COUNSEL**<br><br>Re: Dkt. Nos. 22, 23 |

Good cause appearing, plaintiff's request for an extension of time to file an amended complaint is GRANTED. Plaintiff shall file his amended complaint no later than **September 30, 2016**.

Plaintiff's renewed request for appointment of counsel under 28 U.S.C. § 1915 is DENIED for lack of exceptional circumstances. *See Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). The Court will consider appointment of counsel on its own motion, and seek volunteer counsel to agree to represent plaintiff *pro bono*, if it determines at a later time in the proceedings that appointment of counsel is warranted.

This order terminates Docket Nos. 22 and 23.

**IT IS SO ORDERED.**

Dated: 8/1/2016

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge