UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM E. BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. AMIS, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-00603-HSG (PR)<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE *RAND* NOTICE**<br><br>Re: Dkt. No. 40 |

Good cause appearing, defendants' administrative motion to file the notice required by *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998), that was omitted from their September 19, 2017 motion to dismiss and for summary judgment is GRANTED. Plaintiff is advised that the *Rand* notice instructs him on what he must do to oppose a motion for summary judgment. The Court *sua sponte* extends plaintiff's deadline to file his opposition to the motion. Plaintiff's opposition to the motion to dismiss and for summary judgment must be filed with the Court and served upon defendants no later than **28 days** from the date of this order. Defendants shall file a reply brief no later than **14 days** after the date the opposition is filed.

This order terminates Dkt. No. 40.

**IT IS SO ORDERED.**

Dated: 9/28/2017

　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge