UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM E. BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>R. AMIS, et al.,<br><br>    Defendants. | Case No. 16-cv-00603-HSG (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 69 |

Good cause appearing, defendants' motion for an extension of time to file a merits-based motion for summary judgment is hereby GRANTED. The deadline for defendants to file a summary judgment motion is CONTINUED to **April 29, 2019**. Plaintiff shall file any opposition to defendants' motion within **twenty-eight (28)** days of the date the motion is filed. Defendants shall file a reply within **fourteen (14)** days of the date the opposition is filed.

This order terminates Docket No. 69.

**IT IS SO ORDERED.**

Dated: 2/4/2019

                                                  HAYWOOD S. GILLIAM, JR.
                                                United States District Judge