UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM E. BROWN,<br>　　　　Plaintiff,<br>　　v.<br>R. AMIS, et al.,<br>　　　　Defendants. | Case No. 16-cv-00603-HSG<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 72 |

Good cause being shown, the Court GRANTS Defendants' second request for an extension of time to file their dispositive motion. Dkt. No. 72. The deadline for defendants to file a summary judgment motion is CONTINUED to **July 15, 2019**. Plaintiff shall file any opposition to defendants' motion within **twenty-eight (28)** days of the date the motion is filed. Defendants shall file a reply within **fourteen (14)** days of the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 72.

**IT IS SO ORDERED.**

Dated: 4/29/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge