1 Your name: Min. William E. Brown Jr.
2 Address: 4851 Walnut Street
3 Oakland, Ca 94619
4 Phone Number: (925) 339-7779 /or (279) 222-8222
5 E-mail Address: KageKage371@gmail.com
6 Pro se

**FILED**
AUG 12 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

| | |
|---|---|
| Min. William E. Brown Jr. | Case Number: 4:16-cv-00603-HSG |
| | [Name] // |
| Plaintiff, | **NOTICE OF CHANGE OF** [check box]: |
| vs. | ☒ **ADDRESS** |
| R. Amis et al., | ☒ **PHONE NUMBER** |
| | ☒ **EMAIL** |
| Defendant. | Judge: Hon. Hayward S. Gilliam, Jr. |

As of [date of change] Ever Since I've been released July 9th, 2019 my contact information has changed [check box and fill in]:

☐ Address: 4851 Walnut Street
   Oakland, Ca 94619
☒ Phone number: (925) 339-7779 / or (279) 222-8222
☐ Email: KageKage371@gmail.com

Date: 8/12/2019     Signature: /s/ W. Brown
                    Printed name: Min. William E. Brown Jr.
                    Pro Se

NOTICE OF CHANGE OF CONTACT INFORMATION
CASE NO. 4:16-CV-00603-HSG ; PAGE 1 OF 1 [JDC TEMPLATE Rev.6/2017]

**Justice & Diversity**
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

# CERTIFICATE OF SERVICE

*You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the Motion to Change Date of Hearing that you file and serve.*

1. **Case name:** Min. William E. Brown Jr. v. R. Assis et al.

2. **Case number:** 4:16-cv-00603-HSG

3. **Documents served:** Notice of Change of Contact Information

4. **How was the Motion served?** *[check one]*
   - ☐ Placed in U.S. Mail
   - ☒ Hand-delivered
   - ☐ Sent for delivery (e.g., FedEx, UPS)
   - ☐ Sent by fax (if the other party has agreed to accept service by fax)

5. **On whom was the Motion served?** *[For each person who was sent the document, write their full name and contact information used.]*

   1301 Clay St Clerk
   of the Court Suite 400 South
   Oakland, Ca 94612

6. **When was the Motion served?** 8/12/19

7. **Who served the Motion?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: /s/
   Name: Min. William E. Brown Jr.
   Address: 4851 Walnut Street
   Oakland, Ca 94619

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*