# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM E. BROWN,<br><br>  Plaintiff,<br><br>v.<br><br>R. AMIS, et al.,<br><br>  Defendants. | Case No. 16-cv-00603-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>Re: Dkt. No. 75 |

Good cause being shown, Plaintiff's request for an extension of time to file his opposition to Defendants' summary judgment motion is GRANTED. Plaintiff shall file his opposition to Defendants' summary judgment motion by November 18, 2019. Defendants may file and serve a reply brief fourteen days after service of Plaintiff's opposition. Defendants are directed to re-serve the summary judgment motion on Plaintiff at his new address: 4851 Walnut Street, Oakland, CA 94619, and file the proof of service in the record.

**IT IS SO ORDERED.**

Dated: 8/14/2019

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge