XAVIER BECERRA
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General
WILLIAM P. BURANICH
Deputy Attorney General
State Bar No. 144650
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3558
 Fax:  (415) 703-5843
 E-mail:  William.Buranich@doj.ca.gov
*Attorneys for Defendants R. Amis, J. Espinoza, and R. Losacco*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **WILLIAM E. BROWN,**<br><br>                                    Plaintiff,<br><br>          v.<br><br>**R. AMIS, et al.,**<br><br>                                  Defendants. | 4:16-cv-00603-HSG<br><br>**PROOF OF SERVICE**<br><br><br>Judge:         The Honorable Haywood S. Gilliam, Jr.<br><br>Action Filed: March 3, 2016 |

SF2017401218
21717194.docx

## PROOF OF SERVICE BY U.S. MAIL

Case Name:  *Brown v. Amis, et al.*
No.:        **4:16-cv-00603-HSG**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On <u>November 22, 2019</u>, I served the attached:

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

**DECLARATION OF R. AMIS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**DECLARATION OF J. ESPINOZA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**DECLARATION OF R. LOSACCO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (With Exhibits A to D)**

**DECLARATION OF W. REYNOLDS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (With Exhibits A and B)**

**DEFENDANT'S *RAND* NOTICE TO PLAINTIFF REGARDING OPPOSING SUMMARY JUDGMENT**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**William E. Brown, Jr.**
**4851 Walnut Street**
**Oakland, CA 94619**
*In Pro Se*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 22, 2019, at San Francisco, California.

| E. Tornqvist | */s/ E. Tornqvist* |
|---|---|
| Declarant | Signature |

SF2017401218 , 21717269.docx