UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM E. BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>R. AMIS, et al.,<br><br>    Defendants. | Case No. 16-cv-00603-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order Granting Defendants' Motion for Summary Judgment, judgment is entered in favor of defendants and against plaintiff. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: 2/26/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge